IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MANDINGO BOOBYYAA,**

   *Plaintiff*,

v.                                     Case No.: 4:21cv224-MW/MAF

**MARK INCH, Secretary,**
**Florida Department of**
**Corrections, et al.,**

   *Defendants*.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on August 12, 2021.**

                                                s/Mark E. Walker          
                                                **Chief United States District Judge**